August 28, 2008

To/ Judicial Conference
Committee on Financial Disclosure – Chair Ortrie D Smith
One Columbus Circle NE
Washington, DC 20544

Re: My 2007 Financial Disclosure Report

Dear Judge Smith and Committee Members:

I here answer your June 24, 2008 letter, sending you three copies of this letter.

I amend Part VII, p.1, line 11, Column D1 concerning sale of "Cisco sys Common" by inserting in Column D(2) the date "7/27/07" and Column D(3) "J". Enclosed is the amended p.1 of Part VII.

I regret my response is late because I did not see your June 24 letter until the followup letter from George D Reynolds dtd August 7.

Very truly yours,

SR US District Judge
SD IA

Enc 3 copies
Copy of letter to George D Reynolds

RECEIVED
2008 SEP 18 A 11:02
FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

## ✗ Amended

Name of Person Reporting: Charles R. Wolle

Date of Report: APRIL 28, 2008

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) ML = Merill Lynch | | | | | | | | | |
| 1 ML IRRA-Directed Fund Basic Value "BV" | B | div | K | T | | | | | |
| 2 ML Dragon Fund Now "Blackrock Developing Fund" | A | div | J | T | | | | | |
| 3 ML Euro fund Now "Blackrock Eurofund" | A | div | J | T | | | | | |
| 4 ML Global Allocation Now "Blackrock Global Fund" | B | div | K | T | | | | | |
| 5 LI Solutions Common New "Blackrock Gov't Inc" | A | div | J | T | | | | | |
| 6 Retirement Reserves Fund | A | div | J | T | Sold in 2005 | | | | |
| 7 ML Rollover IRRA AT+T Wireless Common | | correction → | | | | | | | |
| 8 Berkshire Hath B shrs | A | div | K | T | | | | | |
| 9 BP Amoco PLC ADR | A | div | J | T | | | | | |
| 10 Citi group Inc Common | A | div | ~~J~~ | ~~T~~ | Sold | 11/8 | J | | } Amended |
| 11 Cisco SYS Common | A | div | ~~J~~ | ~~T~~ | Sold | 7/27 | J | | |
| 12 Irish Inv Fund | A | div | K | T | | | | | |
| 13 Progressive Ret Fund | A | div | J | T | | | | | |
| 14 General Elec Common | A | div | J | T | | | | | |
| 15 Hellenic Tele ADR | A | div | K | T | | | | | |
| 16 Intel Common | A | div | J | T | | | | | |
| 17 Johnson + Johnson Com | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

George D. Reynolds, Staff Counsel
One Columbus Circle, N.E.
Washington, DC 20544

Telephone: (202) 502-1850
Facsimile: (202) 502-1899

August 7, 2008

Honorable Charles R. Wolle
United States District Court
410 United States Court Annex
130 East Court Street
Des Moines, IA 50309

Re:  Calendar Year 2007 Filing

Dear Judge Wolle:

A review of the file containing your financial disclosure reports reflects that the Committee has not received your response to the letter from Judge Smith of June 24, 2008, (copy enclosed), which pointed out apparent discrepencies in your financial disclosure report for calendar year 2007.

Please advise this office if our records are in error, and if not, please forward your response to Judge Smith's letter so that your report can be reviewed and closed.

Sincerely,

George D. Reynolds

Enclosure

August 28, 2008

To George D Reynolds
I regret the late reply to your August 7 letter referring to Chairman Smith's June 24, 2008 inquiry. I live in ████; my office in Des Moines may have received the June 24 letter but I never received it nor saw nor heard of it. I keep my records at my ████ home.

I today mail my letter response, with a copy of the Merill Lynch report of sale of "Cisco Sys Common" on 7-27-07 for $5,840.55. So part III, p.1, line 11, Column D(2) is "7/27" and D(3)

 Lakewood, NJ



Merrill Lynch
Office Serving Your Account

DES MOINES IA

**TOTAL MERRILL™**

Account Number:


MLPF& S CUST FPO
CHARLES R WOLLE IRRA
FBO CHARLES R WOLLE

# TRADE CONFIRMATION

Date: July 27, 2007

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**  **CD WASHINGTON MUTUAL BK HENDERSON, NV  04.900% FEB 01 2008**

| | | | | | |
|---|---|---|---|---|---|
| Quantity | | Price | 100.000000 | Amount | 25000.00 |
| Processing Fee | | | | | |
| Transaction Fee | | | | | |
| Accrued Interest/Dividends | | | | | |
| | | | | | 25000.00 |

Trade Date  07/27/07
Settle Date  08/01/07
ML Symbol
Security #
Cusip #
FA #

**NET AMOUNT**

WHEN ISSUED   ISSUER HAS PAID ML A FEE OF 0.45%   YIELD 4.90% TO 2/01/2008
INSURED TO FDIC LIMIT   FACT SHEET ENCLOSED OR UNDER SEPARATE COVER   INTEREST
FROM 08/01/07 FIRST COUPON 02/01/08   AS OF 07/23 ACTUAL/365 INTEREST DAY COUNT

EXECUTED O.T.C.   WE ACTED AS PRINCIPAL

**SOLD**  **CISCO SYSTEMS INC COM**

| | | | | | |
|---|---|---|---|---|---|
| Quantity | | Price | 29.73 | Amount | 5946.00 |
| Processing Fee | | | | | 5.35 |
| Transaction Fee | | | | | 0.10 |
| Accrued Interest/Dividends | | | | | |
| Charge or Mark Up/Down | | | | | 100.00 |
| | | | | | 5840.55 |

Trade Date  07/27/07
Settle Date  08/01/07
ML Symbol  CSCO
Security #
Cusip #
FA #

**NET AMOUNT**

WE MAKE A MARKET IN THIS ISSUE UNSOLICITED ORDER

EXECUTED O.T.C.   WE ACTED AS YOUR AGENT

**SOLD**  **WAL-MART STORES INC**

| | | | | | |
|---|---|---|---|---|---|
| Quantity | | Price | 46.71 | Amount | 4671.00 |
| Processing Fee | | | | | 5.35 |
| Transaction Fee | | | | | 0.08 |
| Accrued Interest/Dividends | | | | | |
| Charge or Mark Up/Down | | | | | 50.00 |
| | | | | | 4615.57 |

Trade Date  07/27/07
Settle Date  08/01/07
ML Symbol  WMT
Security #
Cusip #
FA #

**NET AMOUNT**

VSP 09/01/00 100.000000   UNSOLICITED ORDER

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1.  If you have moved or plan to move, notify your Financial Advisor of your new address.



Account Number:

# JUDICIAL CONFERENCE OF THE UNITED STATES
## COMMITTEE ON FINANCIAL DISCLOSURE

Telephone: (202) 502-1850
Facsimile: (202) 502-1899

George D. Reynolds, Staff Counsel
One Columbus Circle, N.E.
Washington, DC 20544

August 7, 2008

Honorable Charles R. Wolle
United States District Court
410 United States Court Annex
130 East Court Street
Des Moines, IA 50309

Re:  Calendar Year 2007 Filing

Dear Judge Wolle:

A review of the file containing your financial disclosure reports reflects that the Committee has not received your response to the letter from Judge Smith of June 24, 2008, (copy enclosed), which pointed out apparent discrepencies in your financial disclosure report for calendar year 2007.

Please advise this office if our records are in error, and if not, please forward your response to Judge Smith's letter so that your report can be reviewed and closed.

Sincerely,



George D. Reynolds

Enclosure

August 28, 2008

To George O Reynolds

I regret the late reply to your August 7 letter referring to Chairman Smith's June 24, 2008 inquiry. I live in ▮▮▮; my office in Des Moines may have received the June 24 letter but I never received it nor saw nor heard of it. I keep my records at my ▮▮▮ home.

I today mail my letter response, with a copy of the Merrill Lynch report of sale of "Cisco Sys Common" on 7-27-07 for $5,840.55. So part VII, p.1, line 11, Column D(2) is "7/27" and D(5) J ▮▮▮▮▮



Lakewood, NJ



Merrill Lynch
**Office Serving Your Account**

DES MOINES IA

**TOTAL MERRILL**



MLPF& S CUST FPO
CHARLES R WOLLE IRRA
FBO CHARLES R WOLLE

Account Number:

# RADE CONFIRMATION                    Date: July 27, 2007

*e confirm the following transaction(s) subject to the agreement below.*

**)UGHT**  *CD WASHINGTON MUTUAL BK HENDERSON, NV  04.900% FEB 01 2008*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | | Price | 100.000000 | Amount | 25000.00 | Trade Date | 07/27/07 |
| Processing Fee | | | | | | Settle Date | 08/01/07 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | | Security # | |
| | | | | | | Cusip # | |
| NET AMOUNT | | | | | 25000.00 | FA # | |

WHEN ISSUED   ISSUER HAS PAID ML A FEE OF 0.45%   YIELD 4.80% TO 2/01/2008
INSURED TO FDIC LIMIT   FACT SHEET ENCLOSED OR UNDER SEPARATE COVER   INTEREST
FROM 08/01/07 FIRST COUPON 02/01/08   AS OF 07/23 ACTUAL/365 INTEREST DAY COUNT

EXECUTED O.T.C.   WE ACTED AS PRINCIPAL

**)LD**  *CISCO SYSTEMS INC COM*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | | Price | 29.73 | Amount | 5946.00 | Trade Date | 07/27/07 |
| Processing Fee | | | | | 5.35 | Settle Date | 08/01/07 |
| Transaction Fee | | | | | 0.10 | ML Symbol | CSCO |
| Accrued Interest/Dividends | | | | | | Security # | |
| Charge or Mark Up/Down | | | | | 100.00 | Cusip # | |
| NET AMOUNT | | | | | | FA # | |

WE MAKE A MARKET IN THIS ISSUE UNSOLICITED ORDER

EXECUTED O.T.C.   WE ACTED AS YOUR AGENT

**)LD**  *WAL-MART STORES INC*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | | Price | 46.71 | Amount | 4671.00 | Trade Date | 07/27/07 |
| Processing Fee | | | | | 5.35 | Settle Date | 08/01/07 |
| Transaction Fee | | | | | 0.08 | ML Symbol | WMT |
| Accrued Interest/Dividends | | | | | | Security # | |
| Charge or Mark Up/Down | | | | | 50.00 | Cusip # | |
| NET AMOUNT | | | | | 4615.57 | FA # | |

VSP 09/01/00 100.000000   UNSOLICITED ORDER

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1. If you have moved or plan to move, notify your Financial Advisor of your new address.

ccount Number:                          Date: 07/27/2007                    Page 1 of 2

AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolle, Charles R | US District Court – SDIA | April 28 2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior US District Judge | ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ____ Final | January 1, 2007 to December 31, 2007 |
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 410 US Courthouse Annex <br> 130 East Court Street <br> Des Moines, IA 50309 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[X] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2008 MAY 13 A 11: 46 FINANCIAL DISCLOSURE OFFICE

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

## A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

## B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[X] NONE (No reportable non-investment income.)

1.

2.

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Charles R. Wolle

Date of Report: April 28, 08

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | Geo. Mason Law School, Arlington, VA | April 20-26, 2008 | Tucson, AZ | Seminar - Varieties of Scepticism | Meals, hotel, Transportation |
| 2.X | FREE (Foundation for Research on Economics and The Environment, Bozeman, MT) | Sept 9-13, 2008 | Elk Horn, MT | Seminar Environmental economics for Religious leaders Elkhorn Ranch, MT | Meals, lodging, Transportation |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☒ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☒ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | April 28, 2008 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML = Merrill Lynch | | | | | | | | | |
| 1 ML IRRA-Directed Fund Basic Value Fund, BV | B | div | K | T | | | | | |
| 2 ML Dragon Fund Now "Blackrock Development Fund" | A | div | J | T | | | | | |
| 3 ML Euro Fund Now "Blackrock Eurofund" | B | div | J | T | | | | | |
| 4 ML Global Allocation Fund Now "Blackrock Global Fund" | B | div | K | T | | | | | |
| 5 LI Solutions Common Now "Blackrock Gov't Inc" | A | div | J | T | | | | | |
| 6 Retirement Reserves Fund | A | div | J | T | | | | | |
| 7 ML Rollover IRRA Att Wireless Common | Correction → | | | | Sold in 2005 | | | | |
| 8 Berkshire Hath B shares | A | div | K | T | | | | | |
| 9 BP Amoco PLC ADR | A | div | J | T | | | | | |
| 10 Citigroup Inc Common | A | div | | | Sold | 11/8 | J | | |
| 11 Cisco Sys Common | A | div | | | Sold | | | | |
| 12 Irish Inv Fund | A | div | K | T | | | | | |
| 13 Progressive Ret Fund | A | div | J | T | | | | | |
| 14 General Elec Common | A | div | J | T | | | | | |
| 15 Hellenic Tele ADR | A | div | K | T | | | | | |
| 16 Intel Common | A | div | J | T | | | | | |
| 17 Johnson + Johnson Com | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML = Merrill Lynch funds now "Blackrock" | | | | | | | | | |
| ML Rollover IRRA (cont) | | | | | | | | | |
| 18 McDonalds Corp Common | A | div | J | T | sell | 9/26 | K | A | |
| 19 Microsoft Common | A | div | J | T | | | | | |
| 20 Nokia Corp ADR | A | div | J | T | sell | 8/15 | J | A | |
| 21 Pfizer Common | A | div | J | T | | | | | |
| 22 Walmart Common | A | div | J | T | | | | | |
| 23 ML Bank USA | A | div | K | T | | | | | |
| 24 Fidelity Adv Mut Fund | A | div | K | T | | | | | |
| 25 United Parcel Common | A | div | J | T | | | | | |
| 26 FIA East Coast Common | A | div | J | T | sell | 5/10 | J | B | |
| 27 AOL Time Warner Common | A | div | J | T | | | | | |
| 28 Corning Inc Common | A | div | J | T | | | | | |
| 29 Oracle Corp Common | A | div | J | T | | | | | |
| 30 Sun Microsystems Comm | A | div | J | T | | | | | |
| 31 Vanguard Cust IRRA (Rollover funds) Vanguard 500 Index | A | div | K | T | | | | | |
| 32 Vanguard Emergy Mkts Stk | A | div | L | T | | | | | |
| 33 Vanguard European Fund | A | div | K | T | | | | | |
| 34 Vanguard Pacific Stock Fund | A | div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML = Merrill Lynch ML IRRA - Directed fund (cont) 35 General Growth Proppties | A | div | J | T | | | | | |
| ML Rollover - IRRA (cont) 36 Intl. Game Tech Comm | A | div | J | T | | | | | |
| 37 RAE. Syst Common | A | div | J | T | | | | | |
| 38 SKF ABord | A | div | K | T | | | | | |
| ML Rollover - IRRA (cont) 39 Wells Fargo + Co Com | A | div | J | T | | | | | |
| 40 Google Inc Common | A | div | J | T | SOLD | 7/26 | J | B | |
| 41 Ameriprise Finl Comm | A | div | J | T | Gift to Nonprofit Cap CSPA | 12/29 | J | -- | To Carson Valley Trails Assn |
| 42 Bank of America Common | A | div | J | T | BUY | 8/9 | J | | |
| 43 Accenture Ltd ClA | A | div | J | T | BUY | 12/21 | J | | |
| 44 Franklin Natural Resources Fund | A | div | J | T | BUY | 8/9 | J | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

F VII p1 #7 ATT Wireless Common was sold in Aug 2005 but erroneously listed in 2005 + 2006.

* These items held by Merrill Lynch now managed by Blackrock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544